FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUN 28 AM 9: 15

CLERK *E. Brn*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN EDMUND SCHNEIDER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-015
)
JOHN HOPE, )
)
    Defendant. )
)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 28th day of June 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA